No. 243. BIRCHAM *v.* KENTUCKY. *Per Curiam:* The appeal is dismissed for want of jurisdiction. 28 U. S. C. § 1257 (2). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by 28 U. S. C. § 2103, certiorari is denied. *William S. Heidenberg* for appellant.

No. 79. DIXON *v.* DUFFY, WARDEN. Certiorari, 341 U. S. 938, to the Supreme Court of California. It is ordered that Franklin C. Stark, Esq., of Oakland, California, a member of the bar of this Court, be appointed to serve as counsel for the petitioner in this case.

No. 80. KEENAN *v.* BURKE, WARDEN;
No. 81. JANKOWSKI *v.* BURKE, WARDEN; and
No. 82. FOULKE *v.* BURKE, WARDEN. Certiorari, 341 U. S. 939, to the Supreme Court of Pennsylvania. It is ordered that Archibald Cox, Esq., of Cambridge, Massachusetts, a member of the bar of this Court, be appointed to serve as counsel for the petitioners in these cases.

No. 95. JENNINGS *v.* ILLINOIS; and
No. 96. LA FRANA *v.* ILLINOIS. Certiorari, 341 U. S. 947, to the Supreme Court of Illinois. It is ordered that Nathaniel L. Nathanson, Esq., of Chicago, Illinois, a member of the bar of this Court, be appointed to serve as counsel for the petitioners in these cases. It is further ordered that Calvin P. Sawyier, Esq., of Chicago, Illinois, be appointed to serve as associate counsel for the petitioner in No. 95.